UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRUSTEES OF THE OREGON-
WASHINGTON CARPENTERS-
EMPLOYERS TRUST FUNDS, *et al*,

       Plaintiffs,

       v.

VAN ZANT CONSTRUCTION, INC.,

       Defendant.

ORDER

Civil No.  07-1706-ST

HAGGERTY, Chief Judge:

    Magistrate Judge Stewart referred to this court a Findings and Recommendation in this action [24].  The Findings and Recommendation recommends that plaintiffs' Motion for Sanctions [18] be granted.

    The matter is now before this court pursuant to 28 U.S.C. § 636(b)(1)(B).  *See also* Fed. R. Civ. P. 72(b).  When no timely objection is filed, the court need only satisfy itself that there is

1    - ORDER

no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974).

This court has examined the pending motion and the underlying record. No clear error appears on the face of the record. The Findings and Recommendation is, therefore, adopted. Accordingly, plaintiffs' Motion for Sanction [18] is GRANTED, as described in the Findings and Recommendation.

IT IS SO ORDERED.

DATED this  3rd   day of June, 2008.

                                                /s/ Ancer L. Haggerty  
                                                Ancer L. Haggerty  
                                            United States District Judge